Ryan M. Davies – Bar No. 192598
Aronowitz, Mecklenburg, Spitalnick & Liepold, LLP
400 Exchange, Suite 100
Irvine, CA 92602
949.265.9940/Fax 949.236.5567
2001-007239-B00

Attorneys for Secured Creditor, Mortgage Investors Corporation

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re<br>Elvia Padilla Guevara<br><br>Debtor(s). | Case No. 13-43299<br><br>(Chapter 13)<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Request is hereby made by **Mortgage Investors Corporation**, through its loan servicer **Ocwen Loan Servicing, LLC**, that its attorneys, Ryan M. Davies of Aronowitz, Mecklenburg, Spitalnick & Liepold, LLP located at 400 Exchange, Suite 100, Irvine, CA 92602, receive notice of all pleadings, papers, notices, applications, amendments, orders and all other matters in the above-referenced proceedings.

/ / /

/ / /

1

| | | |
|---|---|---|
| 1 | Dated: July 3, 2013 | Aronowitz, Mecklenburg, Spitalnick & Liepold, LLP |
| 2 | | |
| 3 | | By /s/ Ryan M. Davies |
| 4 | | Ryan M. Davies<br>Attorney for Secured Creditor |
| 5 | | **Mortgage Investors Corporation**, through its loan servicer **Ocwen Loan Servicing, LLC** |