```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354
```

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 13-43299 CN** |
| **ELVIA PADILLA GUEVARA,** | **Chapter 13** |
| | **OBJECTION TO CLAIM #2-1 OF TOYOTA MOTOR CREDIT CORPORATION** |
| **Debtor.** | |
| _____/ | |

The undersigned objects to allowance of Claim No 2-1 filed by Toyota Motor Credit Corporation

    (x)  Except as a secured creditor for $8,393.79.

for the following reason:

Debtor's 2010 Toyota Camry that was financed through Toyota Motor Credit Corporation was totaled and paid in full by debtor's insurance company.

Dated: January 19, 2017       /s/ Patrick L. Forte
                                                  PATRICK L. FORTE
                                                  Attorney for Debtor