# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA Oakland

**PROOF OF CLAIM**

Name of Debtor:
ELVIA PADILLA GUEVARA

Case Number:
13-43299

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Toyota Motor Credit Corporation

**COURT USE ONLY**

Name and address where notices should be sent:
Toyota Motor Credit Corporation
PO BOX 8026
Cedar Rapids, Iowa 52408-8026

Telephone number: (800) 874-8822
email:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**
*(If known)*

Filed on:

Name and address where payment should be sent (if different from above):
Toyota Motor Credit Corporation
PO BOX 9490
Cedar Rapids, Iowa 52409-9490

Telephone number: (800) 874-8822
email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 10,074.28 @ 6.25 %

If all or part of your claim is secured, complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Car Loan
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** 003-AU108566

**3a. Debtor may have scheduled account as:** ______
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):** ______
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☒ Motor Vehicle ☐ Other
**Describe:** 10 CAMRY

**Value of Property:** $ 17,385.00

**Annual Interest Rate:** 6.25 % ☒ Fixed ☐ Variable

**Amount of arrearage and other charges, as of the time the case was filed, included in secured claim, if any:** $432.73

**Basis for perfection:** Certificate of Title

**Amount of Secured Claim:** $ 10,074.28 @ 6.25 %

**Amount Unsecured:** $ 0.00

***Represents payoff at 6.25% till rate of interest at the time of filing. Creditor reserves the right to amend its claim to seek a deficiency balance, if any, in the event creditor's collateral is liquidated.**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$______

**Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attach are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☒ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)

☐ I am the guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Ken Akioka
Title: Asset Protection Specialist
Company: Toyota Financial Services
Address and telephone number (if different from notice address above):

/s/ Ken Akioka (Signature) 6/10/2013 (Date)

Telephone number: 800-874-8822 x 71309 email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE

**Dealer Number:** [redacted] **Contract Number:** [redacted] **R.O.S. Number:** [redacted] **Stock Number:** [redacted]

| Buyer Name and Address (including County and Zip Code) | Co-Buyer Name and Address (including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| [redacted]<br>5563 GALWAY ROAD<br>SAN PABLO CA 94806<br>CONTRA COSTA | | HANLEES HILLTOP TOYOTA<br>3285 AUTO PLAZA<br>RICHMOND CA 94806<br>CONTRA COSTA |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us") in this contract the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2010 | TOYOTA CAMRY | 3 | 4T1BF3EK6AU108566 | ☒ personal, family or household<br>☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled | Total Sale Price The total cost of your purchase on credit, including your down payment of $2000.00 |
|---|---|---|---|---|
| 0.00 % | $ 0.00 (e) | $ 26294.67 | $ 27294.62 | $ 28294.67 (e) |

(e) means an estimate

### YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| One Payment of | 1000.00 | 02/26/2010 |
| One Payment of N/A | N/A | N/A |
| 59 Payments | 438.24 | Monthly, Beginning 03/30/2010 |
| Payments | N/A | Monthly, Beginning N/A |
| One Final Payment | 438.51 | DUE ON 02/28/2015 |

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
Prepayment. If you pay off all your debt early, you will not be charged a minimum finance charge.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, and security interest.

### ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. Total Cash Price
   A. Cash Price of Motor Vehicle and Accessories ... $ 23836.00 (A)
      1. Cash Price Vehicle ... $ 23836.00
      2. Cash Price Accessories ... $ N/A
      3. Other (Nontaxable)
         Describe N/A ... $ N/A
         Describe N/A ... $ N/A
   B. Document Preparation Fee (not a governmental fee) ... $ 55.00 (B)
   C. Smog Fee Paid to Seller ... $ N/A (C)
   D. (Optional) Theft Deterrent Device (to whom paid) N/A ... $ N/A (D)
   E. (Optional) Theft Deterrent Device (to whom paid) N/A ... $ N/A (E)
   F. (Optional) Theft Deterrent Device (to whom paid) N/A ... $ N/A (F)
   G. (Optional) Surface Protection Product (to whom paid) N/A ... $ N/A (G)
   H. (Optional) Surface Protection Product (to whom paid) N/A ... $ N/A (H)
   I. Sales Tax (on taxable items in A through H) ... $ 2209.92 (I)
   J. Optional DMV Electronic Filing Fee ... $ 28.00 (J)
   K. (Optional) Service Contract (to whom paid) TOYOTA ... $ 1795.00 (K)
   L. (Optional) Service Contract (to whom paid) N/A ... $ N/A (L)
   M. (Optional) Service Contract (to whom paid) N/A ... $ N/A (M)
   N. (Optional) Service Contract (to whom paid) N/A ... $ N/A (N)
   O. (Optional) Service Contract (to whom paid) N/A ... $ N/A (O)
   P. Prior Credit or Lease Balance paid by Seller to N/A ... $ N/A (P)
      (see downpayment and trade-in calculation)
   Q. (Optional) Gap Contract (to whom paid) N/A ... $ N/A (Q)
   R. (Optional) Used Vehicle Contract Cancellation Option Agreement ... $ N/A (R)
   S. Other (to whom paid) N/A
      For N/A ... $ N/A (S)
   Total Cash Price (A through S) ... $ 27923.92 (1)

2. Amounts Paid to Public Officials
   A. License Fees ... $ 275.00 (A)
   B. Registration/Transfer/Titling Fees ... $ 87.00 (B)
   C. California Tire Fees ... $ 8.75 (C)
   D. Other ... $ N/A (D)
   Total Official Fees (A through D) ... $ 370.75 (2)

3. Amount Paid to Insurance Companies
   (Total premiums from Statement of Insurance column 4 + 5) ... $ N/A (3)

4. ☐ Smog Certification or ☐ Exemption Fee Paid to State ... $ N/A (4)

5. Subtotal (1 through 4) ... $ 28294.67 (5)

6. Total Downpayment
   A. Agreed Trade-In Value Yr __ Make N/A ... $ N/A (A)
      Model N/A Odom __
      VIN __
   B. Less Prior Credit or Lease Balance ... $ N/A (B)
   C. Net Trade-In (A less B) (indicate if a negative number) ... $ N/A (C)
   D. Deferred Downpayment ... $ 1000.00 (D)
   E. Manufacturer's Rebate ... $ N/A (E)
   F. Other ... $ N/A (F)
   G. Cash ... $ 1000.00 (G)
   Total Downpayment (C through G) ... $ 2000.00 (6)
   (if negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1P above)

7. Amount Financed (5 less 6) ... $ 26294.67 (7)

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

$ N/A Ded Comp, Fire & Theft N/A Mos. $ N/A
$ N/A Ded Collision N/A Mos. $ N/A
Bodily Injury N/A Limits Mos. $ N/A
Property Damage $ N/A Limits Mos. $ N/A
Medical $ N/A Mos. $ N/A
N/A Mos. $ N/A
Total Vehicle Insurance Premiums $ N/A

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

Buyer X [signature]
Co-Buyer X N/A
Seller X [signature]

### Application for Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

Credit Life N/A Mos. $ N/A
Credit Disability N/A Mos. $ N/A
Total Credit Insurance Premiums $ N/A

Insurance Company Name N/A
Home Office Address N/A

### AUTO BROKER FEE DISCLOSURE

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable: N/A

### OPTIONAL GAP CONTRACT
Term N/A Make N/A
Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X __

### OPTIONAL SERVICE CONTRACT(S)
1. Company TOYOTA Term 96 Max. of 100000 Miles
2. Company N/A Term N/A Max. of N/A Miles
...
Buyer X [signature]
Co-Buyer Signs X N/A

### HOW THIS CONTRACT CAN BE CHANGED.
This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and both you and we must sign it. No oral changes are binding.
Buyer Signs X [signature]
Co-Buyer Signs X N/A

**PRINTED COPY**

OPTION: ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before N/A _____, Year _____. SELLER'S INITIALS ___

THE CALIFORNIA PUBLIC LIABILITY INSURANCE LISTED PROVIDES IN LAW LIMIT SET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.

WARNING: YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER, HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THIS DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.

Buyer X [signature]

Notice to buyer: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

Buyer Signature X [signature] Co-Buyer Signature X N/A

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION

Buyer Signature X [signature] Date 02/13/10 Co-Buyer Signature X N/A Date

Seller HANLEES HILLTOP TOYOTA Date 02/13/10 By X [signature] Title

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. Creditor - Seller may receive part of the Finance Charge.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. As of the date of your payment, if the minimum finance charge is greater than the earned Finance Charge, you may be charged the difference; the minimum finance charge is as follows: (1) $25 if the original Amount Financed does not exceed $1,000, (2) $50 if the original Amount Financed is more than $1,000 but not more than $2,000, or (3) $75 if the original Amount Financed is more than $2,000.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

      **GAP LIABILITY NOTICE**
      In the event of theft or damage to your vehicle that results in a total loss, there may be a gap between the amount you owe under this contract and the proceeds of your insurance settlement and deductible. THIS CONTRACT PROVIDES THAT YOU ARE LIABLE FOR THE GAP AMOUNT. An optional gap contract (debt cancellation contract) for coverage of the gap amount may be offered for an additional charge.

   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
      You give us a security interest in:
      - The vehicle and all parts or goods installed on it;
      - All money or goods received (proceeds) for the vehicle;
      - All insurance, maintenance, service, or other contracts we finance for you; and
      - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

      This secures payment of all you owe on this contract. It also secures your other agreements in this contract as the law allows. You will make sure the title shows our security interest (lien) in the vehicle.
   d. **Insurance you must have on the vehicle.**
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge equal to the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract.
      Default means:
      - You do not pay any payment on time;
      - You give false, incomplete, or misleading information on a credit application;
      - You start a proceeding in bankruptcy or one is started against you or your property;
      - The vehicle is lost, damaged or destroyed; or
      - You break any agreements in this contract.

      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). You may redeem the vehicle by paying all you owe, or you may have the right to reinstate this contract and redeem the vehicle by paying past due payments and any late charges, providing proof of insurance, and/or taking other action to cure the default. We will provide you all notices required by law to tell you when and how much to pay and/or what action you must take to redeem the vehicle.
   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the Annual Percentage Rate shown on the face of this contract, not to exceed the highest rate permitted by law, until you pay.
   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   **If you do not get a written warranty, and the Seller does not enter into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. If the Seller has sold you a certified used vehicle, the warranty of merchantability is not disclaimed.

5. **Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
   **Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

6. **Applicable Law**
   Federal law and California law apply to this contract. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

7. **Warranties of Buyer.** You promise you have given true and correct information in your application for credit, and you have no knowledge that will make that information untrue in the future. We have relied on the truth and accuracy of that information in entering into this contract. Upon request, you will provide us with documents and other information necessary to verify any item contained in your credit application.

You waive the provisions of Cal. Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

**CREDIT DISABILITY INSURANCE NOTICE**
**CLAIM PROCEDURE**

If you become disabled, you must tell us right away. (You are advised to send this information to the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like to be notified.) We will tell you where to get claim forms. You must send in the completed form to the insurance company as soon as possible and tell us as soon as you do.

If your disability insurance covers all of your missed payment(s), WE CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOSE UPON OR REPOSSESS ANY COLLATERAL UNTIL THREE CALENDAR MONTHS AFTER your first missed payment is due or until the insurance company pays or rejects your claim, whichever comes first. We can, however, try to collect, foreclose, or repossess if you have any money due and owing us or are otherwise in default when your disability claim is made or if a senior mortgage or lien holder is foreclosing.

If the insurance company pays the claim within the three calendar months, we must accept the money as though you paid on time. If the insurance company rejects the claim within the three calendar months or accepts the claim within the three calendar months on a partial disability and pays less than for a total disability, you will have 35 days from the date that the rejection or the acceptance of the partial disability claim is sent to pay past due payments, or the difference between the past due payments and what the insurance company pays for the partial disability, plus late charges. You can contact us, and we will tell you how much you owe. After that time, we can take action to collect or foreclose or repossess any collateral you may have given.

If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in these completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

**Seller's Right to Cancel**

a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel the contract.
b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to cancel. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in vehicle.
c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.
d. While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle shall be in full force and you shall assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage to the vehicle until the vehicle is returned to Seller.

PRINTED COPY

**ARBITRATION CLAUSE**
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Clause, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Clause shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose one of the following arbitration organizations and its applicable rules: the National Arbitration Forum, Box 50191, Minneapolis, MN 55405-0191 (www.arb-forum.com), the American Arbitration Association, 335 Madison Ave., Floor 10, New York, NY 10017-4605 (www.adr.org), or any other organization that you may choose subject to our approval. You may get a copy of the rules of these organizations by contacting the arbitration organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law in making an award. The arbitration hearing shall be conducted in the federal district in which you reside unless the Creditor-Seller is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will advance your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $2500, which may be reimbursed by decision of the arbitrator at the arbitrator's discretion. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Clause, then the provisions of this Arbitration Clause shall control. The arbitrator's award shall be final and binding on all parties, except that in the event the arbitrator's award for a party is $0 or against a party is in excess of $100,000, or includes an award of injunctive relief against a party, that party may request a new arbitration under the rules of the arbitration organization by a three-arbitrator panel. The appealing party requesting new arbitration shall be responsible for the filing fee and other arbitration costs subject to a final determination by the arbitrators of a fair apportionment of costs. Any arbitration under this Arbitration Clause shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration.

You and we retain any rights to self-help remedies, such as repossession. You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies or filing suit. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Clause shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Clause, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Clause shall be unenforceable.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only if the "personal, family or household" box in the "Primary Use for Which Purchased" section of this contract is checked. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Seller assigns its interest in this contract to ________ (Assignee) at (address) ________ under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse ☒ Assigned without recourse ☐ Assigned with limited recourse

HANLEES HILLTOP TOYOTA
Seller By ________ Title ________

Form No. 553-CA-ARB 1/10

FEB 1 [illegible] 2010

```
==============================================================================
Computerized Vehicle Registration                               Inquiry Report
==============================================================================
                      Vehicle Registration Inquiry Report              76134093
******************************************************************************
   Notice: DMV info use subject to DMV Commercial Requester Account agreement
******************************************************************************
        Reference:                                  Date: 06/10/2013
        Requested: 4T1BF3EK6AU108566                Time: 04:18:53 PM
           Reason: Miscellaneous/Other           User ID: CKA
---------------------------- REGISTERED OWNER INFO ----------------------------
             NAME: GUEVARA ELVIA P
          ADDRESS: 2363 GALWAY RD

             CITY: SAN PABLO                       STATE: CA
           COUNTY: CONTRA COSTA
         ZIP CODE: 94806
------------------------- LEGAL OWNER (LIENHOLDER) INFO -----------------------
             NAME: TOYOTA MTR CRDT CORP
          ADDRESS: PO BX 105386
                   ATLANTA

             CITY: GA                              STATE: GA
         ZIP CODE: 30339
-------------------------------- VEHICLE INFO --------------------------------
       EXPIRES: 02/14/14                         VLF: FM
           VIN: 4T1BF3EK6AU108566               TYPE: 11:Regular - Automobile
       LICENSE: [redacted]                 ENGINE NO:
     YR MODEL: 2010                           WEIGHT:
      YR SOLD: 00/00/10                         AXLE:
       * YEAR:                                  FUEL: G
    BODY TYPE: 4D                           VEH TYPE: 12
     EQUIP NO: 29757                         HULL NO:
         MAKE: TOYT                        SUP PLATE:
------------------------------------------------------------------------------
        Date of latest Registration Card Issuance: 02/23/2013
    Date of latest Ownership Certificate Issuance: 02/27/2010
--------------------------------- RECORD STATUS -------------------------------
02/27/10 SMOG DUE 02/14/16
LIENHOLDER PAPERLESS TITLE  W63100227
NO MAILING ADDRESS
02/13/2010-ODOMETER:          3 MILES ACTUAL MILEAGE

========================== Fee Calculation Report ============================
 Transaction: Purchase/Trade in of Used Vehicle
Fee based on CONTRA COSTA County.
------------------------------------------------------------------------------
************************************ NOTICE **********************************
    FEE ESTIMATE based on DMV-supplied data and disregards any title transfer
               taking place or other specific credits or charges.
******************************************************************************
 NO FEES CURRENTLY DUE IN 75 DAYS

------------------------------------------------------------------------------
 * Fee Calculations include all changes as of 1/1/2013
---------------------------- End of DMVLINK Printout ------------------ V.3 ---
```

**PRINTED COPY**

License Plate # N/A

Stock #N/A
Jun 10, 2013

# Lending/Suggested Retail Breakdown
# Kelley Blue Book
## Effective dates: 5/31/2013-6/6/2013

PRINTED COPY

| | |
|---|---|
| **2010 Toyota Camry SE Sedan 4D** | **$14,850/$17,200** |

**VIN: 4T1BF3EK6AU108566**

| | |
|---|---|
| 4-Cyl, 2.5 Liter | Included |
| Automatic, 6-Spd w/Overdrive | Included |
| FWD | Included |

***** Equipment *****

| | | | |
|---|---|---|---|
| ABS (4-Wheel) | Included | CD (Multi Disc) | $300/$400 |
| Air Conditioning | Included | No MP3 (Single Disc) | <$300>/<$400> |
| Power Windows | Included | JBL Premium Sound | $175/$235 |
| Power Door Locks | Included | Dual Air Bags | $0/$0 |
| Cruise Control | Included | Side Air Bags | $0/$0 |
| Power Steering | Included | Power Seat | Included |
| Tilt Wheel | Included | Rear Spoiler | $100/$135 |
| AM/FM Stereo | Included | Alloy Wheels | $125/$165 |
| No Cassette | $0/$0 | | |

**Fuel City/Hwy 22/32 MPG**

| | |
|---|---|
| Total Value without mileage | $15,250/$17,735 |
| Mileage Adjustment(48,750) miles | <$350> |
| ***Total Lending/Suggested Retail Value | $14,900/$17,385 |

**Toyota Financial Services**

**5/31/2013-6/6/2013 Kelley Blue Book® KARPOWER Online's® values for California 90501. Values are subjective opinions. Kelley Blue Book assumes no liability for errors or omissions as to values, manufacturer or dealer information.**

**©Copyright Kelley Blue Book 2013.All rights reserved.**

```
ILPO 704[redacted]0606132        PAYOFF   GUEVARA ELVIA
                                                                          06-07-13
     10,053.67  LOAN BALANCE        26,294.67  ORG NOTE       03-15-15 MATURITY
           .00  INT OWING                 .00  INTEREST LOST  00-00-00 INT DUE
           .00  INT ADJ                     3  TYPE           05-15-13 PRIN DUE
           .00  INS OWING                   2  CALC METHOD    00-00-00 HOLD
           .00  INS ADJ                     B  RECOVERY              0 NO REN
           .00  INS REBATE              04022  DEALER                0 NO EXT
         20.61  LATE CHARGES                   QUOTED TO               QUOTED BY
           .00  OTHER CHARGES                   RATE      DATE    DYS    PERDIEM
           .00  MISC FEES                   1  0.00000 02-13-10   2-      .0000
LAST TRAN 04-23-13 30A          440.00      2
     10,074.28  PAY-OFF  AFL I DLR I TMK I  3
                TOT-PDM      .0000      ********** INSURANCE POLICIES **********
***** TODAY S ACTIVITY ******           C R  START    EXPIRE  PREM/RTE  REB/OWE
           .00  PRINCIPAL
           .00  OTHER
           .00  INT ADJ      PRIV  OUT
           .00  INS ADJ
           .00  MIN INTEREST
     10,074.28  ** PAY-OFF **
                TOT-PDM      .0000
REM1 4T1BF3EK6AU108566 10 CAMRY         REM2
```