```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354


Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 13-43299 CN** |
| **ELVIA PADILLA GUEVARA,** | **Chapter 13** |
| Debtor. _____/ | **CERTIFICATE OF SERVICE** |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is 1624 Franklin Street, Suite 911, Oakland, CA 94612.

On January 19, 2017, I served the within;

**Objection to Claim #2-1 of Toyota Motor Credit Corporation; Notice to Creditors of Objection to Claim and Deadline to Request Hearing; Declaration of Debtor in Support of Objection to Claim**

on the below-named in this action electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee     U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with certified postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**Attn: Officer
Toyota Motor Credit Corporation
19001 S. Western Avenue
Torrance, CA 90501**
/
/
/
/

**Attn: Officer
Toyota Motor Credit Corporation
C/o CT Corporation System
818 W 7th Street, Suite 930
Los Angeles, CA 90017**

and on the below names in this action by placing a true copy thereof in a sealed envelope with first-class postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**Attn: Officer
Toyota Motor Credit Corporation
PO Box 8026
Cedar Rapids, IA 52408-8026**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 19, 2017

                                         /s/ Joe P. Segura
                                         JOE P. SEGURA