```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 13-43299 CN** |
| **ELVIA PADILLA GUEVARA,** | Chapter 13 |
| Debtor. | **DECLARATION OF DEBTOR IN SUPPORT OF OBJECTION TO CLAIM** |

I, Elvia Padilla Guevara, declare:

1. I am the debtor herein. The facts set forth herein are within my personal knowledge and if called as a witness I can competently testify as to them.

2. I declare that the 2010 Toyota Camry that was financed through Toyota Motor Credit Corp was totaled and paid in full by my insurance company.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed in Oakland, California on the date set forth below.

Dated: December 13, 2016         /s/ Elvia Padilla Guevara
                                 ELVIA PADILLA GUEVARA